IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | § |
|     *Plaintiff*, | § §  Case No. 6:16-cv-00271-RWS-JDL |
| v. | § |
| BLU PRODUCTS, INC., et al., | § |
|     *Defendants*. | § |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendant BLU Products, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant BLU Products, Inc. be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**So ORDERED and SIGNED this 25th day of April, 2017.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE